# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES COOK,<br><br>      Plaintiff,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., and DOES 1 THROUGH 10, Inclusive,<br><br>      Defendants. | Case No. 5:18-cv-00126-MWF-KKx<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>*[F.R.C.P. Rule 41(a)]*<br><br>Complaint Filed: May 31, 2017<br><br>District Judge: Michael W. Fitzgerald<br>Courtroom: 5A (Los Angeles)<br><br>Magistrate Judge: Kenly Kiya Kato<br>Courtroom: Riverside, 3 or 4, 3rd Fl.<br><br>Trial Date: Vacated |

     Pursuant to Plaintiff JAMES COOK ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC.'s ("Defendant") (collectively, the "Parties") Joint Stipulation of Dismissal, and for good cause shown, the Court hereby ORDERS as follows:

/././

/././

/././

/././

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: May 14, 2019

_____
HON. MICHAEL W. FITZGERALD